1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )     No. CR-05-00775 JF
                                       )
11 |            Plaintiff,              )     [PROPOSED] ORDER MODIFYING
                                       )     TRAVEL RESTRICTION
12 | vs.                               )
                                       )
13 | CATHERINE ANN McMURRY,            )     Hon. Patricia V. Trumbull
                                       )
14 |            Defendant.             )
   | _____)

15

16           Good cause appearing and by stipulation of the parties, it is hereby ordered that the travel

restriction ordered January 12, 2006 as a condition of Catherine McMurry's pretrial release shall

be modified to permit her travel to and residence in San Joaquin County, in the Eastern District

of California, in addition to the Northern District of California.  All other terms and conditions

remain in full force and effect.

Dated: March 8, 2006

                                   /s/ Patricia V. Trumbull
                                   _____
                                   PATRICIA V. TRUMBULL
                                   United States Magistrate Judge

[Proposed] Order Modifying Travel Restriction          1