PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | RE: | Catherine Ann McMurry |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 05-00775 JF |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

      Hien T. Nguyen                                  (408) 535-5027
                                                                         TELEPHONE NUMBER

*Filed MAR 15 2006 RICHARD W. WIEKING U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒   Modification(s)

A. The defendant shall maintain employment or if unemployed, shall seek verifiable employment.

B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____

    *Patricia V. Trumbull*                                             3/14/06
    JUDICIAL OFFICER                                                  DATE

Cover Sheet (12/03/02)