E-FILED

FILED

JUN 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00775 JF |
| Plaintiff, | [PROPOSED] ORDER MODIFYING TRAVEL RESTRICTION |
| vs. | |
| CATHERINE ANN McMURRY, | **Hon. Patricia V. Trumbull** |
| Defendant. | |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS

HEREBY ORDERED that the Order Setting Conditions of Release dated January 12, 2006 and

the Order Modifying Travel Restriction entered March 8, 2006 shall be modified to permit Ms.

McMurry to travel to Coeur d'Alene in the District of Idaho, via the Spokane International

Airport in the Eastern District of Washington, for the duration of her mother's illness and for two

weeks thereafter.

IT IS FURTHER ORDERED that as a condition of any such travel, Ms. McMurry shall

provide United States Pretrial Services for the Northern District of California ("Pretrial

Services") with her itinerary and local contact information prior to embarking for Coeur d'Alene,

and shall notify Pretrial Services upon her return to Tracy, California.

[Proposed] Order Modifying Travel Restriction          1

1       All other conditions remain in full force and effect.

2       IT IS SO ORDERED.

3

4   Dated: June 15, 2006

5                                           _Patricia V. Trumbull_
                                            PATRICIA V. TRUMBULL
6                                           United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[Proposed] Order Modifying Travel Restriction          2