**E-filed 6/21/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant McMURRY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )    No. CR-05-00775 JF
11                                   )
                    Plaintiff,       )    STIPULATION AND [~~PROPOSED~~]
12                                   )    ORDER CONTINUING HEARING
   vs.                               )
13                                   )
   CATHERINE ANN McMURRY,            )
14                                   )
                    Defendant.       )
15  _____ )

16                      **STIPULATION**

17          The parties hereby stipulate and agree that the status hearing in the above-captioned

18  matter, currently set for June 21, 2006, may be continued to July 19, 2006 at 9:00 a.m.  The

19  reason for the requested continuance is to permit the defense to subpoena third-party records

20  necessary to its investigation and not available through Rule 16 discovery.  The parties further

21  stipulate that 28 days may be excluded from the computation of time within which trial must

22  commence pursuant to Title 18, United States Code Section 3161(h)(8)(A) and

23  3161(h)(8)(B)(iv), as time reasonably necessary to effective preparation, taking into account the

24  exercise of due diligence.

25

26

Dated: June 20, 2006

_____/S/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: June 20, 2006

_____/S/_____
SHAWNA YEN
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from June 21, 2006 to July 19, 2006 at 9:00 a.m.

It is further ordered that the intervening 28 days shall be excluded from the computation of time within which trial must commence under the Speedy Trial Act, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: June _21_, 2006

_____
JEREMY FOGEL
United States District Judge