**E-filed 8/2/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant McMURRY

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00775 JF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING |
| vs. | |
| CATHERINE ANN McMURRY, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing in the above-captioned matter, currently set for July 19, 2006, may be continued to September 6, 2006 at 9:00 a.m. The reason for the requested continuance is to permit the defense time for additional investigation necessary to the issuance of third-party subpoenas duces tecum and related motions, and to accommodate various scheduling conflicts of counsel for both parties.

The parties further stipulate that 49 days may be excluded from the computation of time within which trial must commence pursuant to Title 18, United States Code Section 3161(h)(8)(A) and 3161(h)(8)(B)(iv), as time reasonably necessary to effective preparation, taking into account the exercise of due diligence.

Stipulation and [Proposed] Order Continuing
Hearing                                                          1

Dated: July 17, 2006

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: July 17, 2006

s/_____
SHAWNA YEN
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from July 19, 2006 to September 6, 2006 at 9:00 a.m.

It is further ordered that the intervening 49 days shall be excluded from the computation of time within which trial must commence under the Speedy Trial Act, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: ~~July~~ ___, 2006
 8/2/06 nunc pro tunc 7/19/06

_____
JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Continuing Hearing          2