**E-filed 1/29/07**

1  **VITTORIA M. BOSSI, SBN 154694**
   **CLAIR & BOSSI**
2  **2155 West March Lane, Suite 1A**
   **Stockton, CA  95207**
3
   **Telephone:  (209) 477-1800**
4  **Facsimile:  (209) 477-1821**

5  **Attorneys for Catherine Ann McMurry**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | CASE NO. CR-05-00775-JR/RS |
| Plaintiff, | |
| v. | STIPULATION AND [P~~ROPOS~~ED] ORDER TO CONTINUE HEARING |
| CATHERINE ANN McMURRY, | |
| Defendant, | Current Date:  February 7, 2007 |
| | Proposed Date:  March 14, 2007 |

It is hereby stipulated by and between the parties herein that the hearing currently set for February 7, 2007, be continued to March 14, 2007.  Defendant's motion shall be due no later than February 14, 2007.  Plaintiff's opposition shall be due no later than March 7, 2007.

The parties further stipulate that the period of time from February 7, 2007, through and including March 14, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. section 3161 et seq., pursuant to Title 18, United States Code, Section 3161 (h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reason:  the additional time is needed for the effective preparation of defense counsel for pretrial motions, taking into account the exercise of due diligence.

Dated:  January 24, 2007                    UNITED STATES ATTORNEY'S OFFICE


                                            By :  /s/ Shawna Yen_____
                                                SHAWNA YEN
                                                Attorneys for Plaintiff, USA

(Shawna Yen consented to Vittoria M. Bossi signing this document on her behalf.)




Dated:  January 24, 2007                    CLAIR & BOSSI, RLLP



                                            By:   /s/ Vittoria M. Bossi_____
                                                VITTORIA M. BOSSI
                                                Attorneys for Catherine Ann McMurry




## **ORDER**

Pursuant to the stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing currently set for February 7, 2007, be continued to March 14, 2007, at 9:00 a.m. in Courtroom 3.  Defendant's motion will be due by February 14, 2007.  Plaintiff's opposition shall be due no later than March 7, 2007.

IT IS FURTHER ORDERED that the period of time from February 7, 2007, through and including March 14, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. section 3161 et seq., pursuant to Title 18, United States Code, section 3161 (h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reason:   the

1 additional time is needed for the effective preparation of defense counsel for pretrial motions, taking into account the exercise of due diligence.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

1/26/07

_____
JUDGE JEREMY FOGEL
United States District Judge